UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Civil Action No. 20-128-HRW-HAI

MICHAEL GREENE,                                                                 PLAINTIFF,

v.                                              **ORDER**

OFC. T. BUSTER, *et al.*,                                                       DEFENDANTS.

This matter is before the Court upon Plaintiff's motion to supplement his Complaint pursuant to Federal Rule of Civil Procedure 15(d) [Docket No. 78]. This case has been referred to Magistrate Judge Hanley A. Ingram.

Magistrate Judge Ingram recommends that the motion be denied [Docket No. 104]. Plaintiff has not objected to Magistrate Judge Ingram's Report and Recommendation and the time for doing so has passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED:**

(1)  the Magistrate Judge's Report and Recommendation [Docket No. 104] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2)  Plaintiff's motion to supplement his Complaint pursuant to Federal Rule of Civil Procedure 15(d) [Docket No. 78] be **OVERRULED**.

This 28th day of March 2022.



Signed By:
<u>Henry R Wilhoit Jr.</u>
United States District Judge