UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 20-128-DLB-HAI

MICHAEL GREENE                                                                PLAINTIFF

v.                                        **ORDER**

OFC. T. BUSTER, et al.                                  DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the September 12, 2022, Report and Recommendation ("R&R") of United States Magistrate Hanly A. Ingram (Doc. # 119), wherein he recommends that Defendants' Motion for Summary Judgment (Doc. # 102) be granted, and Plaintiff's Motion for Summary Judgment (Doc. # 108) be denied. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.

The Court having reviewed the R&R, concluding that it is sound, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 119) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendants' Motion for Summary Judgment (Doc. # 102) is **GRANTED**; and

(3) Plaintiff's Motion for Summary Judgment (Doc. # 108) be **DENIED**.

This 11th day of October 2022.



Signed By:
*David L. Bunning* DB
United States District Judge

L:\DATA\ORDERS\London\2020\20-128 Order adopting R&R.docx